IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUANTAVIOUS J. STODDART, #313973, </br>     Plaintiff, </br></br> v. </br></br> KILBY CORRECTIONAL FACILITY, *et al.*, </br></br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 2:24-cv-681-ECM

**O R D E R**

On March 25, 2025, the Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 6) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of this Court.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 29th day of May, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE